UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY S. KEETCH and RODNEY A. KEETCH,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; SPECIALIZED LOAN SERVICING LLC, a Delaware Limited Liability Company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and TRANS UNION LLC, a Delaware Limited Liability Company;<br><br>　　　　　Defendants. | NO. CV-13-0332-JLQ<br><br><br>**ORDER DIRECTING ATTORNEY ROBERT MITCHELL TO COMPLY WITH ORDER RE: CIVILITY** |

　　　On November 19, 2013, the court held a telephonic scheduling conference. After Plaintiffs' counsel failed to punctually call as directed, the court's judicial assistant attempted to reach all three attorneys of record for Plaintiffs. Ms. Davis and Ms. Hutchison were located and participated on behalf of Plaintiffs. Plaintiffs' third attorney, Robert Mitchell, did not contact the court or participate. (ECF No. 38).

　　　During the telephonic scheduling conference, the court expressed concern as to apparent incivility in a brief filed by Mr. Mitchell. Ms. Hutchison advised the court that the brief had been drafted with the assistance of Mr. Mitchell. The court explained to

ORDER - 1

counsel its expectation that professionalism, courtesy, and civility endure throughout proceedings in this court, including in all written submissions.  The court's direction was memorialized in an Order entered November 19, 2013 (ECF No. 40) which also attached this court's "Civility Memo" and several articles on civility.  The Order also directed that:

> Each attorney listed as counsel of record in this case shall file a Declaration in this matter attesting that he or she has read this Order and its attachments. Counsel may, but are not required to, include in the Declaration that attorney's intent to avoid incivility in this action.

(ECF No. 40 at 2).  Although the court did not include a deadline, within 15 days 13 attorneys complied with the court's Order.  Only Mr. Mitchell has failed to comply.

**ACCORDINGLY, IT IS HEREBY ORDERED**: Not later than **January 11, 2014**, attorney Robert Mitchell shall comply with this court's November 19, 2013 Order.

   **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

   DATED this 30th day of December, 2013.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2