THE HONORABLE JUDGE QUACKENBUSH

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:   509-327-2224
Facsimile:    509-327-3374
Email:         bobmitchelllaw@yahoo.com

*Attorney for Plaintiffs, Nancy S. & Rodney A. Keetch*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

KEETCH, NANCY S. and
KEETCH, RODNEY A.,

          Plaintiffs,

         v.

SAXON MORTGAGE SERVICES,
INC., a Texas Corporation, OCWEN
LOAN SERVICING, LLC, a
Delaware Limited Liability Company,
SPECIALIZED LOAN SERVICING
LLC, a Delaware Limited Liability
Company, EQUIFAX
INFORMATION SERVICES, LLC, a
Georgia Limited Liability Company,
EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio
Corporation, and TRANS UNION
LLC, a Delaware Limited Liability
Company,

         Defendants.

NO.  2:13-cv-332-JLQ

DECLARATION OF ATTORNEY
ROBERT MITCHELL IN
COMPLIANCE WITH CIVILITY
ORDER

Robert Mitchell Attorney at Law, PLLC
1020 N. Washington | Spokane, WA 99201
Ph (509) 327-2224 | Fax (509) 327-3374
bobmitchelllaw@yahoo.com

The undersigned makes the following Declaration under penalty of perjury as permitted by RCW 9A.72.085, and the laws of these United States:

1. I am one of the attorneys representing Plaintiffs in the above-entitled matter;

2. I am over the age of 18 years old and fully competent to testify to the matters set forth herein;

3. I make this Declaration upon my own personal knowledge and belief;

4. This Declaration is submitted in compliance with the Court's Order Re: Civility dated November 19, 2013;

5. I have read the Order and its attachments;

6. I understand the Court's expectation for professionalism, courtesy, and civility in these proceedings, both orally and in writing;

7. I intend to avoid incivility in this action in accordance with the Court's expectation.

I declare under penalty of perjury under the laws of the State of Washington and of these United States, that the facts contained in this Declaration are true and correct to the best of my knowledge and belief.

DATED this January 5, 2014.

S//Robert Mitchell

_____

S//Robert W. Mitchell
Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:  509-327-2224
Facsimile:   509-327-3374
Email:        bobmitchellaw@yahoo.com

DECLARATION OF IN COMPLIANCE
WITH CIVILITY ORDER – PAGE  2
2:13-cv-332-JLQ

Robert Mitchell Attorney at Law, PLLC
1020 N. Washington | Spokane, WA 99201
Ph (509) 327-2224 | Fax (509) 327-3374
bobmitchellaw@yahoo.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2014, I electronically filed the foregoing (Notice of Attorney Association) with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Antoinette M. Davis, attorney for Plaintiffs
tonie@toniedavislaw.com, incoming@toniedavislaw.com

SaraEllen M. Hutchison, attorney for Plaintiffs
saraellen@saraellenhutchison.com

George W. Akers, attorney for Defendant Trans Union LLC
akers@mpba.com, eservice@mpba.com

Heidi C. Anderson, attorney for Defendant Specialized Loan Servicing LLC
andersonh@lanepowell.com, DocketingSEA@lanepowell.com,
craiga@lanepowell.com

Kevin H. Breck, attorney for Defendant Equifax Information Services LLC
khb@winstoncashatt.com, emc@winstoncashatt.com

Cara Christensen, attorney for Defendant Ocwen Loan Servicing LLC
cchristensen@houser-law.com

Gloria S. Hong, attorney for Experian Information Solutions Inc.
gshong@stoel.com

Thaddeus James O'Sullivan, attorney for Saxon Mortgage Services Inc.
thad.osullivan@klgates.com, pam.miller@klgates.com, april.engh@klgates.com

Todd Reuter, attorney for Saxon Mortgage Services Inc.
todd.reuter@klgates.com, april.engh@klgates.com

DECLARATION OF IN COMPLIANCE
WITH CIVILITY ORDER – PAGE  3
2:13-cv-332-JLQ

Robert Mitchell Attorney at Law, PLLC
1020 N. Washington | Spokane, WA 99201
Ph (509) 327-2224 | Fax (509) 327-3374
bobmitchellaw@yahoo.com

Dated this <u>5th</u> day of January, 2014.

S//Robert W. Mitchell

Robert W. Mitchell (WSBA # 37444)

ROBERT MITCHELL ATTORNEY AT LAW, PLLC

1020 N. Washington St.

Spokane, WA  99201

Telephone:  509-327-2224

Facsimile:   509-327-3374

Email:        bobmitchellaw@yahoo.com

DECLARATION OF IN COMPLIANCE
WITH CIVILITY ORDER – PAGE  4
2:13-cv-332-JLQ

Robert Mitchell Attorney at Law, PLLC
1020 N. Washington | Spokane, WA 99201
Ph (509) 327-2224 | Fax (509) 327-3374
bobmitchellaw@yahoo.com