UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY S. KEETCH and RODNEY A. KEETCH,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; SPECIALIZED LOAN SERVICING LLC, a Delaware Limited Liability Company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and TRANS UNION LLC, a Delaware Limited Liability Company;<br><br>Defendants. | NO. CV-13-0332-JLQ<br><br><br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (ECF No. 66), the Clerk of this court shall enter judgment of dismissal of the Complaint (ECF No. 1, Ex. B) and the remaining claims therein with prejudice and without costs or attorneys fees to any party.

IT IS SO ORDERED. The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and CLOSE THE FILE.

**DATED** this 7th day of May 2014.

                         s/ Justin L. Quackenbush
                         JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1